IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELINDA O'BRIEN | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO. 09-CV-02629 |
| PERSON DIRECTED SUPPORTS, INC., et al. | : | |
| Defendants | : | |

**O R D E R**

AND NOW, this 13th day of September, 2010, upon consideration of the defendants' motion for summary judgment (Document # 16) and the plaintiff's response thereto, it is hereby ORDERED that the motion is **DENIED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.